A0 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CHAVA WILHELM on behalf of herself and all other similarly situated consumers<br><br>*Plaintiff(s)*<br><br>v.<br><br>ALLIANT CAPITAL MANAGEMENT LLC<br><br>*Defendant(s)* | Civil Action No. 18-cv-6566 BMC |

**SUMMONS IN A CIVIL ACTION**

TO: *(Defendant's name and address)*
ALLIANT CAPITAL MANAGEMENT LLC
210 JOHN GLENN DRIVE, SUITE 10
AMHERST, NEW YORK 14228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MAXIM MAXIMOV, LLP
1701 AVENUE P
BROOKLYN, NEW YORK 11229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
CLERK OF THE COURT

Date: 11/27/2018

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*